UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE:                                                                          Chapter 13

    BENJAMIN KLEIN                                            Case No. 18-23417 (shl)
                               Debtor.
-------------------------------------------------------------------X

## ORDER TO DISMISS CHAPTER 13

Upon the Motion by Esther Klein, priority creditor herein, dated August 20, 2019, pursuant to 11 U.S.C. 1307 (b), to dismiss the present Chapter 13 proceeding, and this matter coming before the Court for a hearing on September 25, 2019, and upon hearing Nathan Horowitz, Esq, attorney for Movant, and from Krista M. Preuss, Chapter 13 Trustee, in support of the motion; and from Robert Lewis, Esq., attorney for the Debtor in opposition to the motion; and upon the papers and proceedings herein, an upon due deliberation, it is

ORDERED, for the reasons set forth by the Court on the record at the hearing on September 25, 2019, the Chapter 13 case shall be, and hereby is, DISMISSED.


Dated:  White Plains, New York
       October 7, 2019

                                                        /s/ Sean H. Lane_____
                                                        Hon.   Sean H. Lane
                                                        U.S. Bankruptcy Judge